FILED

09/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0180

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0180

_____

CARA FENNESSY,

      Plaintiff and Appellee,

  v.

MARK KNIGHT and LAURA KNIGHT,

      Defendants and Appellants.

_____

MARK KNIGHT and LAURA KNIGHT,

      Third-Party Plaintiffs and Appellants,

  v.

HSBC BANK USA, National Association as Trustee
for Duetsche Alt-A Securities, Inc., Mortgage Pass-
Through Certificates series 2007-AR3, and
SPECIALIZED LOAN SERVICING, LLC.,

      Third-Party Defendants and Appellees.

_____

O R D E R

On September 16, 2020, the Court filed an Order classifying this matter to a five-justice panel.

The September 16, 2020 Order was filed prematurely. This matter will be considered on a future agenda, and a classification order will be sent out in due course.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Leslie Halligan, District Judge.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 29 2020